IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 1:24-cv-05215 <br><br> Judge John F. Kness <br><br> Magistrate Judge Jeannice W. Appenteng <br><br> JURY TRIAL DEMAND |

**MOTION TO WITHDRAW AS COUNSEL AND STAY DEADLINES**

Current counsel of record for Plaintiff are Edward L. Bishop, Benjamin A. Campbell, Sameeul Haque (collectively, "Withdrawing Counsel"), and Nicholas S. Lee. All counsel of record were formerly of the same firm (then known as Bishop Diehl & Lee, Ltd but now known as Bishop & Diehl, Ltd). Mr. Lee has recently left the law firm. Mr. Lee is now at the law firm of Dickinson Wright, PLLC.

Since Mr. Lee's departure, Withdrawing Counsel has had no contact with Plaintiff and, despite reasonable efforts, has been unable to reestablish communication. However, it is Withdrawing Counsel's understanding that Plaintiff intends to transfer its case files to Mr. Lee at Dickinson Wright, PLLC because Mr. Lee was the only contact between counsel and Plaintiff.

Consequently, Withdrawing Counsel respectfully requests the Court's leave, pursuant to Local Rule 83.17, to withdraw as counsel of record for Plaintiff Shenzhen Jisu Technology Co., Ltd. ("Plaintiff") in this action, leaving Mr. Lee as remaining counsel of record. To preserve their

1

former client's interests during this transition, and given that Plaintiff has not yet requested transfer of its files – meaning Dickinson Wright similarly has not yet received the files – Withdrawing Counsel also requests that the Court not impose any deadlines for thirty (30) days to allow time for Plaintiff to formalize representation with Dickinson Wright (or any other new counsel) and to have necessary documents transferred as directed. At this time, there are no outstanding deadlines in this matter.

This request to withdraw and stay deadlines is not made for purposes of delay. Plaintiff's pending Motion for Reconsideration has been fully briefed and Plaintiff's Motion for Preliminary Injunction is still pending before the Court. Consequently, Withdrawing Counsel submits that no parties in this matter will be prejudiced by the requested relief.

Dated: February 13, 2025                    Respectfully submitted,

                                            /s/ Edward L. Bishop
                                            Edward L. Bishop
                                            ebishop@bdl-iplaw.com
                                            Benjamin A. Campbell
                                            bcampbell@bdl-iplaw.com
                                            Sameeul Haque
                                            shaque@bdl-iplaw.com
                                            BISHOP & DIEHL, LTD
                                            1475 E. Woodfield Road, Suite 800
                                            Schaumburg, IL 60173
                                            T: (847) 969-9123
                                            F: (847) 969-9124

                                            *Former Counsel for Shenzhen Jisu Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this February 13, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop