**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. : 1:24-cv-5215 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel for Dickinson Wright, PLLC, attorney for Plaintiff Shenzhen Jisu Technology Co., Ltd., hereby notifies the Court and all counsel of record of a change in address. Effective immediately, all future correspondence, pleadings, and communications should be directed to the following new address:

**Dickinson Wright, PLLC
55 W. Monroe Street, Suite 200
Chicago, IL 60603**
nslee@dickinson-wright.com

The undersigned **remains as counsel of record** for Plaintiff Shenzhen Jisu Technology Co., Ltd., and will continue to represent said party in this matter.

| | |
|---|---|
| DATE: February 28, 2025 | /s/ Nicholas S. Lee <br> Nicholas S. Lee <br> nslee@dickinson-wright.com <br> DICKINSON WRIGHT, PLLC <br> 55 W. Monroe Street, Suite 1200 <br> Telephone: (312)641-0060 <br> Facsimile: (844) 670-6009 <br><br> *Counsel for Plaintiff,* Shenzhen Jisu Technology Co., Ltd. |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this February 28, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

                                                    /s/Nicholas S. Lee
                                                    Nicholas S. Lee

4935-6748-4450 v1 [99998-4591]